THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. PASQUALE MADDALONE, Appellant.— Judgment of conviction of the County Court of Queens county unanimously affirmed. No opinion. Present — Lazansky, P. J., Young, Hagarty, Tompkins and Davis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SALVATORE NATALE, Appellant.— Judgment of conviction of the County Court of Queens county unanimously affirmed. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Scudder and Davis, JJ.

JOSEPH RAUPP, Respondent, v. M. K. M. REALTY CORPORATION, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Hagarty, Tompkins and Davis, JJ.

NORA RAUPP, Respondent, v. M. K. M. REALTY CORPORATION, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Hagarty, Tompkins and Davis, JJ.

LILLIAN M. SLANDORFF, Respondent, v. COLONIAL DYE WORKS, INC., Appellant, and EDWARD J. KELLY, Defendant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Scudder and Davis, JJ.

ANNUNZIATO SORRENTI, Respondent, v. DOMENICO DISCIPIO and "JOHN" STUTZ, First Name Being Fictitious, Real First Name Unknown to Plaintiff, Appellants.— Orders denying motions to dismiss the complaint for insufficiency reversed on the law, with ten dollars costs and disbursements, and motions granted, with ten dollars costs. In our opinion the covenant in question was merely a personal covenant on the part of defendant Discipio not to conduct upon his adjoining property a business similar to that of plaintiff's during the term of the lease, and the lease by him to defendant Stutz in no way violated that covenant, even though the latter thereafter conducted a business similar to that of plaintiff. Lazansky, P. J., Young, Hagarty, Tompkins and Davis, JJ., concur.

MARIE THALER, Appellant, v. SOL WEICH, Respondent, and Others, Defendants. — Order dismissing complaint as against defendant Weich affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Hagarty, Scudder, Tompkins and Davis, JJ., concur.

EDWIN T. VANE, Respondent, v. GEORGE W. KUHLMAN, Appellant, and QUEENS MANOR GARAGE, INC., Respondent.— Order reversed on the law and the facts, with ten dollars costs and disbursements, and motion granted, without costs, on authority of Libassi v. Vane (ante, p. 856), decided herewith; the amended answer to be served within ten days from the entry of the order herein. Lazansky, P. J., Young, Hagarty, Tompkins and Davis, JJ., concur.

MARY V. VANE, as Administratrix, etc., of ROBERT J. VANE, Deceased, Respondent, v. GEORGE W. KUHLMAN, Appellant, and QUEENS MANOR GARAGE, INC., Respondent.— Order reversed on the law and the facts, with ten dollars costs and disbursements, and motion granted, without costs, on authority of Libassi v. Vane (ante, p. 856), decided herewith; the amended answer to be served within ten days from the entry of the order herein. Lazansky, P. J., Young, Hagarty, Tompkins and Davis, JJ., concur.

WILLIAM P. M. VAN IDERSTINE, Respondent, v. DOLNAR HOLDING CORPORATION and Others, Appellants. Impleaded with Others, Defendants.— Order striking out the amended answer and the counterclaim of defendants Arnold, the amended